UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

JOHN DOE,

       *Plaintiff*,

-against-

CORNELL UNIVERSITY,

       *Defendant.*

----------------------------------------------------X

Civil Action No: 3:25-cv-357 (MAD/ML)

ORDER for EXPEDITED HEARING
and for
**TEMPORARY RESTRAINT**

Upon consideration of the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, Complaint, and accompanying memorandum of law, declarations, and exhibits/attachments thereto, and for good cause shown:

**IT IS HEREBY ORDERED THAT** Defendant Cornell University appear before the United States District Court for the Northern District of New York, located at 100 S. Clinton Street, Syracuse, New York 13261, Courtroom ___, on the ___ day of _____, 2025, and **SHOW CAUSE** why:

1. Defendant Cornell University should not be enjoined from suspending Plaintiff John Doe from Cornell and placing an adverse notation on his transcript; and

2. Defendant Cornell University should not be immediately ordered to permit Plaintiff to participate fully in all coursework and academic activities necessary for the completion of his degree, and to award Plaintiff's degree upon completion of such requirements.

The Court hereby finds that Plaintiff John Doe has met the required showing necessitating the granting of temporary restraints pursuant to Rule 65 of the Federal Rules of Civil Procedure,

in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood of success that the Plaintiff will succeed on the merits or in the alternative, there are demonstrated sufficiently serious questions going to the merits to make them a fair ground for litigation, (iii) the balance of the hardships tips decidedly in the Plaintiff's favor regardless of the likelihood of success on the merits, (iv) the relief issued is in the public interest, and (v) Plaintiff will suffer immediate irreparable harm if immediate restraints are not imposed.

Therefore:

**IT IS HEREBY FURTHER ORDERED THAT** pending a determination of Plaintiff's Motion for Preliminary Injunction, Defendant is hereby restrained and enjoined from suspending Plaintiff from Cornell, restrained and enjoined from placing any notation on Plaintiff's transcript referring to the misconduct finding or sanction of suspension, and directed to restore/provide Plaintiff access to participate fully in all coursework and academic activities for which he has paid and registered for the Spring 2025 semester, and as necessary for the completion of his degree and to which he would otherwise be entitled as a student in good standing, and, upon completion of such requirements, to be timely conferred with his degree.

**IT IS HEREBY FURTHER ORDERED THAT** service of all the papers supporting Plaintiff's Motion for Preliminary Injunction by e-mail upon Vice President and General Counsel of Cornell University, Donica Thomas Varner, on or before 4:00 p.m. on _____ 2025 shall constitute good and sufficient service.

**THIS ORDER REMAINS IN EFFECT UNTIL** _____, 2025