**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOHN DOE,**

                        **Plaintiff,**

    vs.                                                  **3:25-CV-357**
                                                             **(MAD)**

**CORNELL UNIVERSITY,**

                        **Defendant.**
_____

## ORDER

Upon Plaintiff's Ex Parte Motion to Proceed Under Pseudonym, and upon review of the Complaint, Declaration of the Plaintiff, and Memorandum of Law in Support of Motion, it is hereby:

**ORDERED** that Plaintiff's Ex Parte Motion to Proceed Under Pseudonym is **GRANTED**; and

**IT IS FURTHER ORDERED** that any opposing papers to Plaintiff's motion shall be delivered no later than **Wednesday, March 26, 2025, at 4:00 PM**, to Plaintiff's counsel and by filing on PACER.  Plaintiff shall have until **Thursday, March 27, 2025, at 12:00 PM**, to serve any reply papers upon Defendant's and by filing on PACER.

**IT IS SO ORDERED.**

Dated: March 21, 2025
       Albany, New York

Mae A. D'Agostino
U.S. District Judge