NESENOFF & MILTENBERG LLP
New York | Boston | Palo Alto

ATTORNEYS AT LAW

**nmllplaw.com**

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein

Tara J. Davis
Gabrielle M. Vinci
Kara L. Gorycki

Barbara H. Trapasso
Robert Kaftari
Adrienne D. Levy
Kristen E. Mohr
Helen J. Setton
Rodman W. Streicher
Kimberly Courtney

Susan E. Stark
Regina M. Federico
Nicole Hoehle
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

April 11, 2025

**VIA ELECTRONIC FILING**

Hon. Mae A. D'Agostino
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: *John Doe v. Cornell University; C.A. No. 3:25-cv-00357 (MAD/ML)*

Dear Honorable Judge D'Agostino:

Please accept this correspondence as the parties' joint status report. (ECF No. 11) The parties have reached an agreement in principle and continue to finalize the terms of the settlement. To enable the parties to complete the settlement process, we hereby request an additional 30 days to provide the Court with a further update or stipulation of dismissal.

If this meets with the Court's approval, please "So Order."

Respectfully Submitted,

NESENOFF & MILTENBERG, LLP

/s/ Tara J. Davis
Tara J. Davis, Esq.

cc: Valerie Cross-Dorn (via email)
Adam Pence (via email)