UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>CORNELL UNIVERSITY,<br><br>*Defendant.* | Civ. No. 3:25-CV-00357-MAD-ML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in this action by and between the undersigned parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without interest, costs, attorneys' fees, expenses or disbursements to any party as against the other.

Dated: New York, New York
May 19, 2025

**NESENOFF & MILTENBERG, LLP**

*Plaintiff John Doe*

By: /s/ *Tara J. Davis*
**Andrew T. Miltenberg**
**Tara J. Davis**
363 Seventh Avenue, Fifth Floor New York, New York 10001 (212) 736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

**CORNELL UNIVERSITY**

*Office of the General Counsel, Cornell University*

By: /s/ *Adam Pence*
**Valerie Cross Dorn**
**Adam Pence**
118 Sage Place
Ithaca, New York 14850
(607) 255-2796
vlc1@cornell.edu
agp88@cornell.edu

IT IS SO ORDERED:

_/s/ Mae A. D'Agostino_
Mae A. D'Agostino
U.S. District Judge

Dated: May 20, 2025
Albany, NY

1